# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIE DORSEY

NO. 2023 KW 0714

**AUGUST 28, 2023**

---

In Re: Willie Dorsey, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 7-CR8-97362.

---

**BEFORE: WELCH, HOLDRIDGE, AND WOLFE, JJ.**

    **WRIT DENIED.** Mr. Dorsey's unilateral motion for postconviction plea agreement does not meet the requirements of La. Code Crim. P. art. 930.10. Pursuant to Article 930.10, "the district attorney and the petitioner may, with the approval of the district court, jointly enter into any [postconviction] plea agreement for the purpose of amending the petitioner's conviction, sentence, or habitual offender status." The terms of the agreement shall be in writing, shall be filed into the district court record, and shall be agreed to by the district attorney and the petitioner in open court. Mr. Dorsey has failed to produce any evidence that the district attorney is aware of and/or has agreed to a postconviction plea agreement. Accordingly, the district court correctly denied the motion for postconviction plea agreement since the district attorney did not agree or join in the motion in writing.

                              **JEW**
                              **GH**
                              **EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT